UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| Plaintiff, Air Master Awning, Inc.<br><br>v.<br><br>Defendants, Green Windows, Corp., et.al., | CIVIL NO. 17-cv-2245(ADC) |

### NOTICE OF ISSUANCE OF SUMMONS

Notice is hereby given that Summonses have been electronically issued on an expedited basis.  Summonses have been securely signed and sealed.  Counsel <u>must print</u> all summonses and follow the service requirements set forth by the Rules of Civil Procedure.  Electronic issuance of Summonses should **not** be construed as authorizing electronic service.

To request paper copies, please contact the Clerk's Office at (787)772-3000.

In San Juan, Puerto Rico, this 16th day of October, 2017.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

By: s/ Antonio Rodriguez
Deputy Clerk